WILLIAM M. KUNTZ   # 153052
Attorney at Law
4780 Arlington Avenue
Riverside, CA 92504
(951) 343-3400
Fax (951) 343-4004
E-Mail: KuntzSSlaw @sbcglobal.net
Attorney for Plaintiff

UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION

LUIS E. MARTINEZ,                          )        No.  EDCV 07-01696 JWJ
                                           )
            Plaintiff,                     )        ORDER AWARDING
                                           )        EAJA FEES
      v.                                   )
                                           )
MICHAEL J. ASTRUE,                         )
Commissioner of Social Security,           )
                                           )
            Defendant.                     )
_____)

Based upon the parties' Stipulation for Award and Payment of Equal Access
to Justice Act (EAJA) Fees ("Stipulation"),

**IT IS ORDERED** that Plaintiff's counsel, as Plaintiff's assignee, shall be
awarded attorney fees under the Equal Access to Justice Act, ("EAJA") in the
amount of ONE THOUSAND THREE HUNDRED FIFTY DOLLARS and
no/cents ($1,350.00), as authorized by  28 U.S.C. § 2412 (d), and subject to the
terms and conditions of the Stipulation.

            DATED: October 17, 2008

                                    /s/
                                    THE HONORABLE JEFFREY W. JOHNSON
                                    UNITED STATES MAGISTRATE JUDGE

1